# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00656-CR

**Finnan McClellan, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
### NO. 6846, THE HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Finnan McClellan seeks to appeal a judgment of conviction for possession of marihuana in an amount more than four ounces but less than five pounds. *See* Tex. Health & Safety Code § 481.121(b)(3). The trial court has certified that this is a plea-bargain case, that McClellan has no right of appeal, and that McClellan waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed: October 2, 2019

Do Not Publish